**Order entered May 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00138-CV**

**IN THE MATTER OF Z.T.**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00919-X**

**ORDER**

Before the Court is the May 12, 2021 request of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, for a second extension of time to file the reporter's record. The request is identical to Ms. Sumler's request filed on April 28, 2021. This is an accelerated juvenile certification appeal. *See* TEX. FAM. CODE ANN. § 56.01(c), (h-1); s*ee also Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal*, Texas Supreme Court, Misc. Docket No. 15-9156 (Tex. 2015) (which may be accessed at the following address: http://www.txcourts.gov/media/1055398/159156.pdf.). In light of the urgency

with which this Court must dispose of this appeal, we **GRANT** the request **ONLY TO THE EXTENT** that Ms. Sumler shall file the record on or before **May 18, 2021**.

*We caution Ms. Sumler that failure to file the reporter's record by May 18th will result in the Court ordering her not to sit as a court reporter until the reporter's record is filed.*

/s/    AMANDA L. REICHEK
        JUSTICE